## Weiss *v.* Pennsylvania Public Utility Commission.

Argued April 13, 1970. *Thomas M. Knebel,* of the District of Columbia Bar, with him *Christian V. Graf,* and *Rea, Cross & Knebel,* for appellant; *William A. Goichman,* with him *Paul Silverstein,* for appellee.

Order affirmed.

June 11, 1970
Cavanaugh Appeal.

Argued April 14, 1970. *Sanford A. Segal,* with him *Arthur D. Gatz, Jr.,* and *Gatz, Cohen & O'Brien,* for appellant; *Eugene B. Strassburger, III,* Assistant City Solicitor, with him *Ralph Lynch, Jr.,* City Solicitor, for appellee.

Order affirmed.